G:\!GRP\!CASES\6014-74\Pleadings\CA. Action No. CV10-5536\Stip for Dismissal\Proposed Order re Dismissal.FINAL.doc

CHAMBERS COPY
E-Filed Document
FILED: 9/9/2010
TIME: 9:44 AM PDT

FILED
CLERK, U.S. DISTRICT COURT
SEP 15 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BANK OF KENTUCKY, INC., <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA HOME LOANS, a division of BANK OF AMERICA CORPORATION and COUNTRYWIDE HOME LOANS, INC., <br><br> Defendants. | CASE NO.: CV10-5536 SVW(AJWx) <br> Related Case No. CV10-3482 SVW(JCx) <br><br> Assigned for all purposes to <br> The Honorable Stephen V. Wilson <br> Room 6 <br><br> [PROPOSED] ORDER DISMISSING CASE ON PARTIES' STIPULATION [F.R.C.P. RULE 41(a)(1)(ii)] |

Epstein, Turner & Weiss
A Professional Corporation
633 W. Fifth Street,
Suite 3330
Los Angeles, CA 90071

[PROPOSED] ORDER DISMISSING CASE

1  Upon the stipulation of the parties, and for good cause shown, IT IS
2  ORDERED THAT pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil
3  Procedure, the action entitled *The Bank of Kentucky, Inc. v. Bank of America Home*
4  *Loans, et al.*, Case No. CV10-5536 SVW (AJWx) is hereby dismissed without
5  prejudice.

8  DATED: 9/13/10            _____
                              DISTRICT COURT JUDGE

Epstein, Turner & Weiss
A Professional Corporation
633 W. Fifth Street,
Suite 3330
Los Angeles, CA 90071

-1-
[PROPOSED] ORDER DISMISSING CASE